UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBERT D. SANGO,

    Plaintiff,

v.

JASON KINSEY, et al.,

    Defendants.
_____/

Case No. 1:19-cv-1047

HON. JANET T. NEFF

## ORDER

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants filed a Motion for Summary Judgment (ECF No. 43).  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on May 24, 2022, recommending that this Court grant the motion with regard to Plaintiff's retaliation claims against Defendants Crofoot and Povastack and Plaintiff's Eighth Amendment and conspiracy claims against all Defendants, but deny the motion as to Plaintiff's retaliation claims against Defendants Kinsey and Coleman.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 51) is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 43) is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that Plaintiff's retaliation claims against Defendants Crofoot and Povastack and Plaintiff's Eighth Amendment and conspiracy claims against all Defendants are **DISMISSED WITH PREJUDICE**.

Plaintiff's retaliation claims against Defendants Kinsey and Coleman remain in this case.

Dated: June 23, 2022

/s/ Janet T. Neff
JANET T. NEFF
United States District Judge